Opinion issued June 5, 2003

 







In The

Court of Appeals

For The

First District of Texas






NO. 01-02-01116-CV







IN RE KELLOGG, BROWN & ROOT, INC.







Original Proceeding on Petition for Writ of Mandamus






 MEMORANDUM OPINION


 Kellogg, Brown & Root, Inc. has filed a petition for writ of mandamus
complaining of the trial court's order compelling production of various computer
databases. (1)

 We deny the petition for writ of mandamus. 

PER CURIAM

Panel consists of Chief Justice Radack and Justices Alcala and Higley.
1. The trial court judge ordering production was the Hon. Susan E. Criss, in cause
number 99CV035.